UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| KRISTOPHER T. SAUNDERS, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 1:13-cv-00244-JDL ) |
| GETCHELL AGENCY INC., et al., | ) ) |
| Defendants. | ) |

### ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 132) with the court on August 20, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  The time within which to file objections expired September 8, 2015, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The parties' Motion for Approval of Notice to Class Members (ECF No. 129) is **GRANTED** and a notice as laid out in the Recommended Decision is **APPROVED**.

**SO ORDERED.**

Dated this 2nd day of October, 2015.

                                            /s/ Jon D. Levy
                                            **U.S. DISTRICT JUDGE**